# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| RONALD E. GERBIG,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALL BANKS and BANK CEO'S in WISCONSIN,<br>　　　　　Defendants. | JUDGMENT IN CIVIL CASES<br><br>Case No.: 09-cv-330-bbc |
| RONALD E. GERBIG,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEON GENERAL and ATF,<br>　　　　　Defendants. | Case No.: 09-cv-331-bbc |
| RONALD E. GERBIG,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATED BANK,<br>　　　　　Defendant. | Case No.: 09-cv-333-bbc |

These actions came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered in each case.

### IT IS ORDERED AND ADJUDGED

　　These cases are dismissed against defendants.


　　　　　　　　　　　　PETER OPPENEER
_____
　　　　　　　　　　Peter Oppeneer, Clerk

　　　　　　　　　　　/s/ M. Hardin

　　　　　　　　　　by Deputy Clerk　　　　　　　　　　　　_____6/1/09_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date